```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                                         :
JUAN SU, et al.,                         :  CIVIL ACTION NO. 10-5268 (MLC)
                                         :
        Plaintiffs,                      :            O R D E R
                                         :
        v.                               :
                                         :
GUANG YANG LI, et al.,                   :
                                         :
        Defendants.                      :
                                         :
```

For the reasons stated in the Court's Memorandum Opinion, dated August 1, 2011, **IT IS** on this 1st day of August, 2011,

**ORDERED** that the defendants' motion to dismiss the Complaint (dkt. entry no. 8) is **DENIED**.

                                    s/ Mary L. Cooper
                                    **MARY L. COOPER**
                                    United States District Judge